```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE ANGUIANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00417-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| JOSE ANGUIANO, et al., | ) ) | Date: January 15, 2009 Time: 9:00 a.m. |
| Defendants. | ) ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Danny D. Brace, Jr., attorney for defendant FERNANDO MURGUIA-OCHOA; Dina Lee Santos, attorney for MIGUEL ZEPEDA-LOPEZ; Mary M. French, Supervising Assistant Federal Defender, attorney for defendant JOSE ANGUIANO; Dan Frank Koukol, attorney for MARIO SARRANO-ABURTO; and, Thomas A. Johnson, attorney for JOSHUA ORTEGA, that the Status Conference hearing date of December 4, 2008, be vacated and a new Status Conference hearing date of January 15, 2009, at 9:00 a.m. be set.

The continuance is requested because defense counsel is in the process of conducting investigation and research, and needs more time to complete these tasks.

It is further stipulated that the period from December 4, 2008, through and including January 15, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | Dated: December 3, 2008 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Mary M. French* |
| 5 | | MARY M. FRENCH<br>Supervising Assistant |
| 6 | | Federal Defender<br>Attorney for Defendant |
| 7 | | TAMARA ALLEN |

Dated: December 3, 2008          */s/ Mary M. French for*
                                 *Danny D. Brace, Jr.*

                                 DANNY D. BRACE, JR.
                                 Attorney for Defendant
                                 FERNANDO MURGUIA-OCHOA

Dated: December 3, 2008          */s/ Mary M. French for*
                                 *Dina Lee Santos*

                                 DINA LEE SANTOS
                                 Attorney for Defendant
                                 MIGUEL ZEPEDA-LOPEZ

Dated: December 3, 2008          */s/ Mary M. French for*
                                 *Dan Frank Koukol*

                                 DAN FRANK KOUKOL
                                 Attorney for Defendant
                                 MARIO SARRANO-ABURTO

Dated: December 3, 2008          */s/ Mary M. French for*
                                 *Thomas A. Johnson*

                                 THOMAS A. JOHNSON
                                 Attorney for Defendant
                                 JOSHUA ORTEGA

| | |
|---|---|
| Dated: December 3, 2008 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Mary M. French for*<br>  *Jason Hitt*<br>_____<br>JASON HITT<br>Assistant U.S. Attorney |

**O R D E R**

**IT IS SO ORDERED**.

Dated:  December 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3