1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE ANGUIANO

7

8             IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  No. CR-S-08-0417 MCE
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
13       v.                      )
                                 )
14 JOSE ANGUIANO, et al.,        )  Date: March 26, 2009
                                 )  Time:  9:00 a.m.
15              Defendants.      )  Judge: Morrison C. England, Jr.
   _____ )

16

17      It is hereby stipulated between the parties, Jason Hitt, Assistant

18 United States Attorney, attorney for plaintiff; Danny D. Brace, Jr.,

19 attorney for defendant FERNANDO MURGUIA-OCHOA; Mary M. French,

20 Supervising Assistant Federal Defender, attorney for defendant JOSE

21 ANGUIANO; Dan Frank Koukol, attorney for MARIO SARRANO-ABURTO; and,

22 Thomas A. Johnson, attorney for JOSHUA ORTEGA, that the Status

23 Conference hearing date of February 26, 2009, be vacated and a new

24 Status Conference hearing date of March 26, 2009, at 9:00 a.m. be set.

25      The continuance is requested because defense counsel is in the

26 process of conducting investigation and research, and needs more time

27 to complete these tasks.

28 ///

1  It is further stipulated that the period from February 26, 2009,
2 through and including March 26, 2009, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: February 24, 2009              Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        TAMARA ALLEN

Dated: February 24, 2009               /s/ Mary M. French for
                                           Danny D. Brace, Jr.
                                        _____
                                        DANNY D. BRACE, JR.
                                        Attorney for Defendant
                                        FERNANDO MURGUIA-OCHOA

Dated: February 24, 2009               /s/ Mary M. French for
                                           Dan Frank Koukol
                                        _____
                                        DAN FRANK KOUKOL
                                        Attorney for Defendant
                                        MARIO SARRANO-ABURTO

Dated: February 24, 2009               /s/ Mary M. French for
                                           Thomas A. Johnson
                                        _____
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        JOSHUA ORTEGA

```
Dated: February 24, 2009          LAWRENCE G. BROWN
                                  Acting United States Attorney

                                  /s/ Mary M. French for
                                      Jason Hitt
                                  _____
                                  JASON HITT
                                  Assistant U.S. Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

 Dated: February 25, 2009

```
                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE
```