DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00417-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JOSE ANGUIANO, et al., | ) | Date:  May 14, 2009 |
| | ) | Time:  9:00 a.m. |
| Defendants. | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Danny D. Brace, Jr., attorney for defendant FERNANDO MURGUIA-OCHOA; Dina Lee Santos, attorney for MIGUEL ZEPEDA-LOPEZ; Mary M. French, Supervising Assistant Federal Defender, attorney for defendant JOSE ANGUIANO; Dan Frank Koukol, attorney for MARIO SARRANO-ABURTO; and, Thomas A. Johnson, attorney for JOSHUA ORTEGA, that the Status Conference hearing date of March 26, 2009, be vacated and a new Status Conference hearing date of May 14, 2009, at 9:00 a.m. be set.

The continuance is requested because defense counsel is in the process of conducting investigation and research, and needs more time to complete these tasks.

It is further stipulated that the period from March 26, 2009, through and including May 14, 2009, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 24, 2009   Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Mary M. French
          _____
          MARY M. FRENCH
          Supervising Assistant
          Federal Defender
          Attorney for Defendant
          JOSE ANGUIANO

Dated: March 24, 2009   /s/ Mary M. French for
          Danny D. Brace, Jr.
          _____
          DANNY D. BRACE, JR.
          Attorney for Defendant
          FERNANDO MURGUIA-OCHOA

Dated: March 24, 2009   /s/ Mary M. French for
          Dina Lee Santos
          _____
          DINA LEE SANTOS
          Attorney for Defendant
          MIGUEL ZEPEDA-LOPEZ

Dated: March 24, 2009   /s/ Mary M. French for
          Dan Frank Koukol
          _____
          DAN FRANK KOUKOL
          Attorney for Defendant
          MARIO SARRANO-ABURTO

Dated: March 24, 2009   /s/ Mary M. French for
          Thomas A. Johnson
          _____
          THOMAS A. JOHNSON
          Attorney for Defendant
          JOSHUA ORTEGA

Dated: March 24, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Mary M. French for
    Jason Hitt

_____
JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE