1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DOUGLAS BEEVERS, VI Bar #1766
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JOSE ANGUIANO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. 2:08-cr-00417-MCE
                                    )
12                   Plaintiff,     )  STIPULATION AND ORDER CONTINUING
                                    )  PRETRIAL MOTION DEADLINE
13       v.                         )
                                    )
14  JOSE ANGUIANO, et al.,          )  Date:  January 28, 2009
                                    )  Time:  9:00 a.m.
15                   Defendants.    )  Judge: Morrison C. England, Jr.
    _____ )

16

17       It is hereby stipulated between the parties, Jason Hitt, Assistant

18  United States Attorney, attorney for plaintiff; and Douglas Beevers,

19  Assistant Federal Defender, attorney for defendant JOSE ANGUIANO; that

20  the deadline for defendant to file his pretrial motion to suppress be

21  enlarged by one week to December 4, 2009.

22       The continuance is requested because defense counsel is in the

23  process of conducting investigation and research regarding the facts

24  involving standing, and needs more time to complete these tasks.

25       This continuance of briefing deadlines does not change speedy

26  trial calculations.

27  //

28  //

Dated: November 24, 2009                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Douglas Beevers*
                                            _____
                                            DOUGLAS BEEVERS
                                            Assistant
                                            Federal Defender
                                            Attorney for Defendant
                                            JOSE ANGUIANO


Dated: March 24, 2009                       BENJAMIN WAGNER
                                            United States Attorney

                                            */s/ Douglas Beevers for
                                                  Jason Hitt*
                                            _____
                                            JASON HITT
                                            Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**


 Dated: November 30, 2009


                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE