```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  Case No. CR. 2:08-cr-0417 MCE
                                )
12            Plaintiff,        )  STIPULATION AND
                                )  ORDER RESETTING THE BRIEFING
13       v.                     )  SCHEDULE FOR DEFENDANT
                                )  ANGUIANO'S MOTION TO SUPPRESS
14  JOSE ANGUIANO, et al.,      )
                                )
15            Defendants.       )
                                )
16
17       Plaintiff, United States of America, by its counsel,
18  Assistant United States Attorney Jason Hitt, and defendant Jose
19  ANGUIANO, by his counsel, Douglas Beevers, Esq., hereby stipulate
20  and agree that the briefing schedule on defendant's motion to
21  suppress evidence should be reset as follows:
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28
```

1

```
 1    Government's Response:      January 8, 2010
 2    Defendant's Reply:          January 15, 2010
 3    Hearing:                    January 28, 2010, at 9:00 a.m.
 4
 5                                Respectfully Submitted,
 6                                BENJAMIN B. WAGNER
                                  United States Attorney
 7
 8    DATED: December 18, 2009    By:/s/Jason Hitt
                                     JASON HITT
 9                                   Assistant U.S. Attorney
10
11    DATED: December 18, 2009    By:/s/Jason Hitt for Douglas Beevers
                                     Authorized to sign for
12                                   Mr. Beevers on 12-16-09
                                     Attorney for Mr. ANGUIANO
```

**ORDER**

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule as follows:

Government's Response:   January 8, 2010
Defendant's Reply:       January 15, 2010
Hearing:                 January 28, 2010, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 12-18-09

for MORRISON C. ENGLAND
United States District Judge