MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for MIGUEL ZEPEDA-LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-417  MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE MOTION TO |
| | ) SUPPRESS EVIDENCE |
| FERNANDO MURGUIA-OCHOA, | ) |
| MIGUEL ZEPEDA-LOPEZ, | ) |
| JOSE ANGUIANO, | ) |
| MARIO SARRANO-ABURO, and | ) |
| JOSHUA ORTEGA, | ) Date: 9-9-10 |
| Defendants. | ) Time: 9:00 a.m. |
| ==============================) | Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorneys, Danny Brace, attorney for defendant FERNANDO MURGUIA-OCHOA, Douglas Beevers, attorney for defendant JOSE ANGUIANO, Thomas Johnson, attorney for defendant MARIO SARRANO-ABURO, Dan Koukol, attorney for defendant JOSHUA ORTEGA and Michael Long, attorney for MIGUEL ZEPEDA-LOPEZ, that the motion to suppress hearing date of July 15, 2010, should be continued until September 9, 2010.  The continuance is necessary for Mr. Murguia-Ochoa to join the motion, for the government to complete its opposition brief and the three defendants who are litigating the motion to reply to the government's opposition.

All defense briefs and joinders will be filed by August 5, 2010.  The government's opposition brief will be filed by August 19, 2010.  Any defense reply briefs will be filed by August 26, 2010.

1  IT IS STIPULATED that the period of time from the signing of this Order up to and including the new motion to suppress hearing date of September 9, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, as the motion to suppress is still pending.

Dated:  July 9, 2010                               Respectfully submitted,

                                                   /s/ Michael D. Long___
                                                   MICHAEL D. LONG
                                                   Attorney for ZEPEDA-LOPEZ

Dated: July 9, 2010                                /s/ Dan Brace_____ .
                                                   DAN BRACE
                                                   Attorney for MURGUIA-OCHOA

Dated: July 9, 2010                                /s/ Douglas Beevers____
                                                   DOUGLAS BEEVERS
                                                   Attorney for ANGUIANO

Dated: July 9, 2010                                /s/ Thomas Johnson____
                                                   THOMAS JOHNSON
                                                   Attorney for ORTEGA

Dated: July 9, 2010                                /s/ Dan Koukol   _____ .
                                                   DAN KOUKOL
                                                   Attorney for SARRANO-ABURTO

Dated:  July 9, 2010                               BENJAMIN WAGNER
                                                   United States Attorney

                                                   /s/ Jason Hitt____
                                                   JASON HITT
                                                   Assistant U.S. Attorney

                                                   /s/ Todd Leras____
                                                   TODD LERAS
                                                   Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,         ) No. CR-S-08-417  MCE
                Plaintiff,                   )
                                                    ) ORDER
   v.                                         )
                                                    )
FERNANDO MURGUIA-OCHOA,                )
MIGUEL ZEPEDA-LOPEZ,                   )
JOSE ANGUIANO,                         )
MARIO SARRANO-ABURO, and               )
JOSHUA ORTEGA,                         ) Date: 9-9-10
                Defendants.                  ) Time: 9:00 a.m.
===============================) Judge: Hon. Morrison C. England

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the motion to suppress hearing date presently set for July 15, 2010, at 9:00 a.m. be continued to September 9, 2010, at 9:00 a.m.  All defense briefs and joinders will be filed by August 5, 2010. The government's opposition brief will be filed by August 19, 2010.  Any defense reply briefs will be filed by August 26, 2010.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to August 5, 2010, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) (B)(iv) and Local Code T4, to allow counsel time to prepare and 18 U.S.C. § 3161(h)(1)(D) and Local Code E as the motion to suppress evidence is still pending.

Dated:  July 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-