```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE ANGUIANO
 7
```

 8                    IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )  No. 2:08-cr-00417-MCE
                                  )
12 |              Plaintiff,      )  STIPULATION AND ORDER TO U.S.
                                  )  PROBATION TO PREPARE
13 |      v.                      )  A PRE-PLEA PRESENTENCE REPORT
                                  )
14 | JOSE ANGUIANO,               )  Judge:   Hon. Morrison C. England
                                  )
15 |              Defendant.      )
                                  )
16 | _____ )

17      The parties, JASON HITT, Assistant United States Attorney, and

18 DOUGLAS J. BEEVERS, Assistant Federal Defender, attorney for defendant

19 JOSE ANGUIANO, hereby stipulate and agree to the following:

20      1. The parties request that the Court order U.S. Probation to

21 prepare a pre-plea pre-sentence report including a criminal record check

22 and a preliminary guideline calculations.

23      2. The Defendant agrees that all delay in the case resulting from

24 the pre-plea presentence report process would be excluded for purposes of

25 speedy trial calculations as a T4 continuance.

26 ///

27 ///

28 ///

3. The parties agree to provide copies of any criminal records information to U.S. Probation to facilitate the preparation of the report. The parties believe that they have already obtained certified copies of most of the significant criminal history documents needed for a guideline calculation.

4. The parties believe that this pre-plea presentence report will facilitate a plea agreement, and will facilitate the preparation of a final presentence report.

Dated: September 10, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JOSE ANGUIANO


BENJAMIN B. WAGNER
United States Attorney


/s/ Jason Hitt
Jason Hitt
Assistant U.S. Attorney

-2-

**ORDER**

Based upon the stipulation of counsel set forth above, the Court adopts the stipulations.

**IT IS SO ORDERED.**

Dated: September 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE