MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for MIGUEL ZEPEDA-LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>FERNANDO MURGUIA-OCHOA,<br>MIGUEL ZEPEDA-LOPEZ,<br>JOSE ANGUIANO,<br>MARIO SARRANO-ABURO, and<br>JOSHUA ORTEGA,<br>    Defendants.<br>============================== | ) No. CR-S-08-417  MCE<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE MOTION TO<br>) SUPPRESS EVIDENCE<br>)<br>)<br>)<br>)<br>)<br>) Date: 2-10-11<br>) Time: 9:00 a.m.<br>) Judge: Hon. Morrison C. England |

   It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorneys, Danny Brace, attorney for defendant FERNANDO MURGUIA-OCHOA, Douglas Beevers, attorney for defendant JOSE ANGUIANO, Thomas Johnson, attorney for defendant MARIO SARRANO-ABURO, Dan Koukol, attorney for defendant JOSHUA ORTEGA and Michael Long, attorney for MIGUEL ZEPEDA-LOPEZ, that the motion to suppress hearing date of December 9, 2010, should be continued until February 10, 2011.  The continuance is necessary for the government to complete its opposition brief and the defendants who are litigating the motion to reply to the government's opposition.

   The government's opposition brief will be filed by January 20, 2011.  Any defense reply briefs will be filed by February 3, 2011.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new motion to suppress hearing date of February 10, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, as the motion to suppress is still pending.

Dated: November 30, 2010                    Respectfully submitted,

                                            /s/ Michael D. Long____
                                            MICHAEL D. LONG
                                            Attorney for ZEPEDA-LOPEZ

Dated: November 30, 2010                    /s/ Dan Brace_____.
                                            DAN BRACE
                                            Attorney for MURGUIA-OCHOA

Dated: November 30, 2010                    /s/ Douglas Beevers_____
                                            DOUGLAS BEEVERS
                                            Attorney for ANGUIANO

Dated: November 30, 2010                    /s/ Thomas Johnson_____
                                            THOMAS JOHNSON
                                            Attorney for ORTEGA

Dated: November 30, 2010                    /s/ Dan Koukol_____.
                                            DAN KOUKOL
                                            Attorney for SARRANO-ABURTO

Dated: November 30, 2010                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Jason Hitt_____
                                            JASON HITT
                                            Assistant U.S. Attorney

                                            /s/ Todd Leras_____
                                            TODD LERAS
                                            Assistant U.S. Attorney

-2-

PDF created with pdfFactory trial version www.pdffactory.com

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-417  MCE |
| Plaintiff, | ) |
|  | ) ORDER |
| v. | ) |
|  | ) |
| FERNANDO MURGUIA-OCHOA, | ) |
| MIGUEL ZEPEDA-LOPEZ, | ) |
| JOSE ANGUIANO, | ) |
| MARIO SARRANO-ABURO, and | ) |
| JOSHUA ORTEGA, | ) Date: 2-10-11 |
| Defendants. | ) Time: 9:00 a.m. |
| ==============================) | Judge: Hon. Morrison C. England |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the motion to suppress hearing date presently set for December 9, 2010, at 9:00 a.m. be continued to February 10, 2011, at 9:00 a.m.  The government's opposition brief will be filed by January 20, 2011.  Any defense reply briefs will be filed by February 3, 2011.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to February 10, 2011, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) (B)(iv) and Local Code T4, to allow counsel time to prepare and 18 U.S.C. § 3161(h)(1)(D) and Local Code E as the motion to suppress evidence is still pending.

DATED: November 30, 2010

_____
**MORRISON C. ENGLAND, JR**
**UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com