MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for MIGUEL ZEPEDA-LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-417  MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE MOTION TO |
| | ) SUPPRESS EVIDENCE |
| FERNANDO MURGUIA-OCHOA, | ) |
| MIGUEL ZEPEDA-LOPEZ, | ) |
| JOSE ANGUIANO, | ) |
| MARIO SARRANO-ABURO, and | ) |
| JOSHUA ORTEGA, | ) Date: 3-17-11 |
| Defendants. | ) Time: 9:00 a.m. |
| ==============================) | Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorneys, Danny Brace, attorney for defendant FERNANDO MURGUIA-OCHOA, Douglas Beevers, attorney for defendant JOSE ANGUIANO, Thomas Johnson, attorney for defendant MARIO SARRANO-ABURO, Dan Koukol, attorney for defendant JOSHUA ORTEGA and Michael Long, attorney for MIGUEL ZEPEDA-LOPEZ, that the motion to suppress hearing date of February 10, 2011, should be continued until March 17, 2011.  The continuance is necessary because the government filed its opposition brief on February 2, 2011 and the defendants need time to review the brief and determine if one or more defendants will file a reply brief to the government's opposition brief.

Any defense reply briefs will be filed on or before March 10, 2011.

-1-

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new motion to suppress hearing date of March 17, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, as the motion to suppress is still pending.

Dated:  February 3, 2011                    Respectfully submitted,

                                            /s/ Michael D. Long___
                                            MICHAEL D. LONG
                                            Attorney for ZEPEDA-LOPEZ

Dated: February 3, 2011                     /s/ Dan Brace_____.
                                            DAN BRACE
                                            Attorney for MURGUIA-OCHOA

Dated: February 3, 2011                     /s/ Douglas Beevers_____
                                            DOUGLAS BEEVERS
                                            Attorney for ANGUIANO

Dated: February 3, 2011                     /s/ Thomas Johnson_____
                                            THOMAS JOHNSON
                                            Attorney for ORTEGA

Dated: February 3, 2011                     /s/ Dan Koukol   _____.
                                            DAN KOUKOL
                                            Attorney for SARRANO-ABURTO

Dated:  February 3, 2011                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Jason Hitt____
                                            JASON HITT
                                            Assistant U.S. Attorney

                                            /s/ Todd Leras____
                                            TODD LERAS
                                            Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,         ) No. CR-S-08-417  MCE
        Plaintiff,                                            )
                                                              ) ORDER
  v.                                                         )
                                                              )
FERNANDO MURGUIA-OCHOA,                )
MIGUEL ZEPEDA-LOPEZ,                         )
JOSE ANGUIANO,                                     )
MARIO SARRANO-ABURO, and             )
JOSHUA ORTEGA,                                   ) Date: 3-17-11
        Defendants.                                       ) Time: 9:00 a.m.
==============================) Judge: Hon. Morrison C. England

      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the motion to suppress hearing date presently set for February 10, 2011, at 9:00 a.m. be continued to March 17, 2011, at 9:00 a.m.  The government's opposition brief will be filed by January 20, 2011. Any defense reply briefs will be filed by March 10, 2011.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.

///

///

///

///

///

///

///

-3-

...
---

It is ordered that time from this date to March 17, 2011, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) (B)(iv) and Local Code T4, to allow counsel time to prepare and 18 U.S.C. § 3161(h)(1)(D) and Local Code E as the motion to suppress evidence is still pending.

DATED: February 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE