DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSE ANGUIANO,<br><br>        Defendants. | No. CR-S-08-00417-MCE<br><br>STIPULATION AND ORDER TO CONTINUE DETENTION HEARING<br><br>Date: April 7, 2011<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED between the parties, JASON HITT, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JOSE ANGUIANO; that the Detention Hearing of March 31, 2011 at 2:00 p.m., be vacated, and the matter be set for detention hearing on April 7, 2011 at 2:00 p.m.

The reason for the continuance to allow Pre-Trial additional time to prepare the report. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the date of the parties' stipulation, March 31, 2011 and up to and including the April 7, 2011

detention hearing, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4 (ongoing preparation of defense counsel).

Dated: March 31, 2011                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         */s/ Doug Beevers*
                                         DOUG BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         CRESCENCIO DELGADO-ESQUIVEL

Dated: March 31, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Jason Hitt*
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the detention hearing presently set for March 31, 2011, be continued to April 7, 2011, at 2:00 p.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Stip and Order                           -2-

1    It is ordered that time from the date of the parties' stipulation, March 31, 2011, up to and including, the April 7, 2011 detention hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated:  March 31 , 2011

                                          /s/ Gregory G. Hollows
                                          United States Magistrate Judge