```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, VI Bar #1766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE ANGUIANO

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  No. CR-S-08-0417 MCE
                                )
12              Plaintiff,      )  STIPULATION AND ORDER AUTHORIZING
                                )  DISCLOSURE OF PSR
13       v.                     )  TO SENTENCING CONSULTANT
                                )
14  JOSE ANGUIANO, et al.,      )  Date:
                                )  Time:
15              Defendants.     )  Judge: Morrison C. England, Jr.
    _____ )
16
```

17      It is hereby stipulated between the parties, JASON HITT, Assistant
18 United States Attorney, attorney for plaintiff; and DOUGLAS BEEVERS,
19 Assistant Federal Defender, attorney for defendant JOSE ANGUIANO; that
20 the presentence report may be disclosed to Tess Lopez a sentencing
21 consultant working for Jose Anguiano.

22      As grounds for this request, Attorney Beevers states that Tess Lopez
23 is a retired probation officer formerly with the Northern District
24 Federal Probation who has been retained to provide mitigation support for
25 Jose Anguiano's sentencing. Tess Lopez is also a California-licensed
26 private investigator governed by confidentiality rules and who has agreed
27 not to disclose the report to anyone outside the case.

28

```
Dated: December 22, 2011          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Douglas Beevers
                                  _____
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE ANGUIANO


Dated: December 22, 2011          BENJAMIN WAGNER
                                  United States Attorney

                                  /s/ Douglas Beevers for
                                      Jason Hitt
                                  _____
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

**O R D E R**

**IT IS ORDERED** that the Pre-sentence report for Jose Anguiano may be disclosed to Sentencing Specialist Tess Lopez who is ordered not to disclose the report to any other person.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE