HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE ANGUIANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANGUIANO,<br><br>Defendant. | No.  Cr. S 08-cr-417 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, JR. |

Defendant, JOSE ANGUIANO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 5, 2012, this Court sentenced Mr. Anguiano to a term of 188 months imprisonment;

3. Mr. Anguiano's total offense level was 35, his criminal history category was III, and the resulting guideline range was 210 to 262 months. The Court varied downward based on 18 U.S.C. §3553(a) factors;

1       4.     The sentencing range applicable to Mr. Anguiano was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

      5.     Mr. Anguiano's total offense level has been reduced from 35 to 33, and his amended guideline range is 168 to 210 months;

      6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Anguiano's term of imprisonment to a total term of 168 months.

Respectfully submitted,

Dated: November 2, 2015             Dated: November 2, 2015

BENJAMIN B. WAGNER             HEATHER E. WILLIAMS
United States Attorney                 Federal Defender

/s/ *Jason Hitt*                          /s/ *Hannah Labaree*
JASON HITT                          HANNAH LABAREE
Assistant U.S. Attorney               Assistant Federal Defender

Attorney for Plaintiff                 Attorney for Defendant
UNITED STATES OF AMERICA     JOSE ANGUIANO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Anguiano is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 168 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2012 is reduced to a term of 168 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Anguiano shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

DATED:  November 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT